UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL GUTIERREZ,

        Petitioner,

   v.

E. PRESSLEY, et al.,

        Respondents.

No. 2:14-cv-2335-EFB P

ORDER

Petitioner is a state prisoner without counsel seeking a writ of mandate pursuant to 28 U.S.C. § 1361. In his filing, he alleges a violation of his civil rights at the Golden State Modified Community Correctional Facility, which is in Kern County, California. Kern County is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there. E.D. Cal. Local Rule 120(d). Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division. E.D. Cal. Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

/////

/////

1

3.  All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED:  December 22, 2014.

        */s/ Edmund F. Brennan*
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE